IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHAWN E. HOLLAND                                                                                       PLAINTIFF

　　　　V.　　　　　　　　　NO.  3:12-CV-03047

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

　　For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

　　IT IS SO ORDERED this March 26, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ J. Marschewski*
　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES R. MARSCHEWSKI
　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

+